NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3127

### KELLY S. JENNINGS,

Petitioner,

v.

### SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board
in CB7521070026-T-1.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

We treat Kelly S. Jennings' petition for a writ of mandamus, submitted within the context of this petition for review, as a motion to correct the certified list or for other relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The Social Security Administration is directed to respond to the motion within 14 days of the date of filing of this order.

FOR THE COURT

APR  7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kelly S. Jennings
Austin M. Fulk, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 07 2009

JAN HORBALY
CLERK